UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY,<br><br>     *Plaintiff*,<br><br>vs.<br><br>ZOTEC PARTNERS, LLC,<br>     *Defendant*. | Case No.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pending before the Court is Plaintiff Blue Cross Blue Shield of Texas's ("BCBSTX") motion for leave to file its Complaint under seal. Having reviewed BCBSTX's motion and supporting arguments and authorities, the Court finds that public disclosure of the confidential reimbursement rates in the Complaint would place BCBSTX at a competitive disadvantage in future negotiations with providers. Accordingly, the Court finds good cause to grant the motion. It is hereby **ORDERED**:

  1.  BCBSTX's Motion for Leave to File Under Seal is **GRANTED**; and,

  2.  The clerk shall maintain BCBSTX's Complaint under seal.

So Ordered.