IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:25-CV-186-RWS |
| ZOTEC PARTNERS, LLC, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff Blue Cross Blue Shield of Texas's ("BCBSTX") motion for leave to file its complaint under seal. Docket No. 1. Having considered the motion, the Court finds the motion (Docket No. 1) should be **GRANTED**. The redactions the parties requested are narrowly tailored and are directed to confidential financial information where the parties involved would have "legitimate, competitive and business interests in preventing public disclosure." *Erfindergemeinschaft Uropep GbR v. Eli Lilly & Co.*, No. 2:15-cv-1202, Docket No. 192 at 5 (E.D. Tex. Feb. 1, 2017) (citations omitted); *see* Docket No. 3 (BCBSTX's publicly available version of the complaint with limited redactions directed to the reimbursement rates at issue).

**So ORDERED and SIGNED this 23rd day of December, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE