EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

BLUE CROSS BLUE SHIELD OF TEXAS,
Plaintiff

v.  Civ. No. CASE NO. 5:25-CV-00186-RWS

ZOTEC PARTNERS LLC,
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: ZOTEC PARTNERS LLC

Date Party's answer was originally due: 01/09/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 02/17/2026

Date: 12/29/2025    /s/ *[signature]*

Full Name: Andrew F. Newman
State Bar No.: 24060331
Address: 4020 Maple Avenue Suite 300
         Dallas, Texas 75219

Phone: 214-661-5506
Fax: 214-481-4797
Email: afnewman@polsinelli.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)