**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, <br><br> *Plaintiff,* <br><br> vs. <br><br> ZOTEC PARTNERS, LLC, <br><br> *Defendant.* | Case No.    5:25-cv-00186-RWS |

**JOINT NOTICE REGARDING MEDIATION**

Pursuant to the Court's Docket Control Order (ECF No. 43 at 4), Plaintiff Health Care Service Corporation ("Plaintiff") and Defendant Zotec Partners, LLC ("Defendant") hereby give notice that the parties do not agree to mediate at this time and at this juncture in the case.

-1-

Dated: May 5, 2026

By: _/s/ John K. Harting_____

**PATTON, TIDWELL & CULBERTSON**

Kelly B. Tidwell
kbt@texarkanalaw.com
Geoffrey P. Culbertson
gpc@texarkanalaw.com
2800 Texas Boulevard
PO Box 5398
Texarkana, TX 75505
Telephone: (903) 792-7080
Facsimile:  (903) 792-8233

– and –

**ROBINS KAPLAN LLP**

Jamie R. Kurtz*
JKurtz@RobinsKaplan.com
Nathaniel J. Moore*
NMoore@RobinsKaplan.com
John K. Harting*
JHarting@RobinsKaplan.com
Kyle D. Nelson*
KNelson@RobinsKaplan.com
Jackie Fielding*
JFielding@RobinsKaplan.com
Lindsay Dreyer*
LDreyer@RobinsKaplan.com
Joseph T. Janochoski*
JJanochoski@RobinsKaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile:  (612) 339-4181

*Admitted *pro hac vice*

*Attorneys for Plaintiff Health Care Services Corporation*

-2-

-3-

Dated: May 5, 2026

By:  /s/ Joshua D. Arters

**POLSINELLI PC**

Andrew F. Newman
State Bar No. 24060331
afnewman@polsinelli.com
4020 Maple Avenue, Suite 300
Dallas, TX 75219
Telephone: (214) 661-5506
Facsimile:  (214) 481-4797

– and –

**POLSINELLI PC**

Joshua D. Arters, Lead Attorney*
jarters@polsinelli.com
Meaghan M. Gray*
mgray@polsinelli.com
501 Commerce Street, Suite 1300
Nashville, TN 37203
Telephone: (615) 259-1510
Facsimile:  (615) 259-1573

*Admitted *Pro Hac Vice*

*Attorneys for Defendant Zotec Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, a true and correct copy of the above was served via email through the Eastern District of Texas's CM/ECF system.

<em>/s/ Joseph T. Janochoski</em><br>
Joseph T. Janochoski

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and Defendant have complied with the meet and confer requirement of Local Rule CV-7(h), and conferred on May 5, 2026, regarding this Joint Notice. Counsel for Defendant agrees with and joins in this Joint Notice.

<em>/s/ John K. Harting</em><br>
John K. Harting