**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, <br><br>*Plaintiff,* <br><br>vs. <br><br>ZOTEC PARTNERS, LLC, <br><br>*Defendant.* | Case No.    5:25-cv-00186-RWS |

## PLAINTIFF'S NOTICE OF DISCLOSURE

Pursuant to Local Rule CV-26(c) and Section 7 of the Court's Discovery Order (ECF No. 42), Plaintiff Health Care Service Corporation, a mutual legal reserve company ("HCSC") hereby gives notice that it served its disclosures required under Fed. R. Civ. P. 26(a)(1) and as modified by the Court's Discovery Order.

-1-

Dated: May 7, 2026

By:  */s/ Joseph T. Janochoski*

**PATTON, TIDWELL & CULBERTSON**

Kelly B. Tidwell
kbt@texarkanalaw.com
Geoffrey P. Culbertson
gpc@texarkanalaw.com
2800 Texas Boulevard
PO Box 5398
Texarkana, TX 75505
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

– and –

**ROBINS KAPLAN LLP**

Jamie R. Kurtz*
JKurtz@RobinsKaplan.com
Nathaniel J. Moore*
NMoore@RobinsKaplan.com
John K. Harting*
JHarting@RobinsKaplan.com
Kyle D. Nelson*
KNelson@RobinsKaplan.com
Jackie Fielding*
JFielding@RobinsKaplan.com
Lindsay Dreyer*
LDreyer@RobinsKaplan.com
Joseph T. Janochoski*
JJanochoski@RobinsKaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile:  (612) 339-4181

*Admitted *pro hac vice*

*Attorneys for Plaintiff Health Care Services
Corporation*

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, a true and correct copy of the above was served via email through the Eastern District of Texas's CM/ECF system.

*/s/ Joseph T. Janochoski*
Joseph T. Janochoski