**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

|  |  |
|---|---|
| HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, <br><br> *Plaintiff*, <br><br> vs. <br><br> ZOTEC PARTNERS, LLC, <br><br> *Defendant*. | Case No.  5:25-cv-00186-RWS |

## NOTICE OF PLAINTIFF'S HEARING PRESENTATION

Plaintiff Blue Cross Blue Shield of Texas files this Notice of Hearing Presentation.

Dated: May 27, 2026

By: */s/ Geoff Culbertson*

**PATTON, TIDWELL & CULBERTON**

Kelly B. Tidwell
Geoffrey P. Culbertson
2800 Texas Boulevard
PO Box 5398
Texarkana, TX 75505
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
kbt@texarkanalaw.com
gpc@texarkanalaw.com

&

**ROBINS KAPLAN LLP**

Jamie R. Kurtz
JKurtz@RobinsKaplan.com
Nathaniel J. Moore*
NMoore@RobinsKaplan.com
John K. Harting*
jharting@robinskaplan.com

- 1 -

Kyle D. Nelson*
KNelson@RobinsKaplan.com
Jackie Fielding*
JFielding@RobinsKaplan.com
Lindsay R. Dreyer*
LDreyer@RobinsKaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
P: 612.349.8500

*Admitted *pro hac vice*

*Attorneys for Plaintiff Health Care Service Corporation*

CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served this 27th day May, 2026, with this document  via the Court's CM/ECF system.

*/s/ Geoff Culbertson*
Geoffrey Culbertson

- 2 -